**Edwin A. SWANSON, Appellant,**

v.

**Brewster L. WILLIS, Appellee.**

**No. 14125.**

United States Court of Appeals, Ninth Circuit.

April 1, 1955.

Bell & Sanders, Anchorage, Alaska, for appellant.

Warren E. Burger, Asst. Atty. Gen., Paul A. Sweeney, Herman S. Greitzer, Sp. Assts. to Atty. Gen., William T. Plummer, U. S. Atty., Arthur D. Talbot, Asst. U. S. Atty., Anchorage, Alaska, John P. Sparrow, Asst. U. S. Atty., San Francisco, Cal., for appellee.

Before HEALY and BONE, Circuit Judges, and CLARK, District Judge.

PER CURIAM.

Appellant brought suit against appellee, a Deputy United States Marshal, for false arrest and for battery allegedly committed by appellee in the course of arresting and maintaining custody of appellant. The court below granted appellee's motion for dismissal for failure to state a claim, and entered judgment thereon.

The judgment is affirmed for the reasons given in the court's opinion, 114 F. Supp. 434.

---

**John COLLINS, Petitioner,**

v.

**Robert A. HEINZE, Warden of California State Prison at Folsom, Respondent.**

**Misc. No. 429.**

United States Court of Appeals, Ninth Circuit.

April 7, 1955.

John Collins, in pro. per.

No appearance for respondent.

Before DENMAN, Chief Judge, and BONE and POPE, Circuit Judges.

PER CURIAM.

Applicant alleges respondent is interfering with his access to the federal courts. This contention was disposed of by this court on March 9, 1955, 220 F.2d 282, and the application is dismissed.

---

**Jack H. HALFEN, Appellant,**

v.

**UNITED STATES of America, Appellee.**

**No. 15180.**

United States Court of Appeals, Fifth Circuit.

March 30, 1955.

Rehearing Denied May 12, 1955.

Herbert Oliver, San Antonio, Tex., Polk Shelton, Austin, Tex., for appellant.

Bradford F. Miller, Asst. U. S. Atty., San Antonio, Tex., Charles F. Herring, U. S. Atty., Austin, Tex., for appellee.

Before HOLMES and RIVES, Circuit Judges, and THOMAS, District Judge.

PER CURIAM.

The judgment appealed from is affirmed upon the authority of Hanratty v. United States, 5 Cir., 218 F.2d 358.

Affirmed.